**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois –** **CM/ECF LIVE, Ver 2.4**
**Eastern Division**

Premiun Plus Prt

                        Plaintiff,

v.                                                                       Case No.: 1:04−cv−01851
                                                                 Honorable Mark Filip

Peter J Davis Jr, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 26, 2005:

      MINUTE entry before Judge Mark Filip :Status hearing held on 8/26/2005. Settlement Conference set for 10/17/2005 at 01:30 PM.No notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.