# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.5
### Eastern Division

Premiun Plus Prt

                        Plaintiff,

v.                                                    Case No.: 1:04–cv–01851

                                                               Honorable Mark Filip

Peter J Davis Jr, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 12, 2005:

      MINUTE entry before Judge Mark Filip : MOTION by Plaintiff Premiun Plus Prt to strike Mediation Date and Set Date for Case Management Conference[116] is granted in part. Settlement conference date of 10/17/05 is stricken. Defendants to respond to Plaintiff's settlement offer. Parties to confer to see whether or not settlement conference will be rescheduled to late October or early November 2005 and parties to inform this Court's courtroom deputy, Theresa Kinney, of their decision. Telephoned notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.