# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Mark Filip | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 1851 | **DATE** | 1/30/2008 |
| **CASE TITLE** | Premium Plus Partners, L.P. vs. Peter J. Davis, Jr. | | |

**DOCKET ENTRY TEXT**

The joint motion for voluntary dismissal of Peter J. Davis, Jr. (D.E. 225) is granted, subject to the conditions specified therein. Any pending motions of Defendant Davis are stricken without prejudice as moot.

*Mark Filip*

■[ For further details see text below.]

Docketing to mail notices.

**STATEMENT**

Courtroom Deputy Initials: