# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 1851 | **DATE** | 10/15/2009 |
| **CASE TITLE** | Premium Plus vs. Davis, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. As stated on the record, there is a firm amended Rule 68 offer of judgment by Defendant Goldman Sachs & Co., Inc and a firm notice of acceptance of the amended Rule 68 offer of judgment pursuant to Rule 68 by Plaintiff Premium Plus Partners, L.P. There is no dispute as to amount of $208,484.00. The Court will make a determination as to prejudgment interest, if any. The parties are given 7 days to submit to the Court a memorandum relating to the prejudgment interest and to Defendant Goldman Sachs & Co., Inc's request for sanctions. Plaintiff's oral motion to voluntarily dismiss all claims as to Defendant John M. Youngdahl is granted. All claims against Defendant John M Youngdahl are hereby dismissed and Defendant John M Youngdahl is hereby dismissed as a named Defendant with each party to bear its own costs and fees. Jury trial set for 10/19/09 is stricken. All other pending motions [446], [449], [457], [459], [461], [463], [464], [466], [468], [469], [471], [472], [474], [475], [476], [477], [479], [480], [482], [484] are hereby stricken.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | maw |
|---|---|---|