# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 1851 | **DATE** | 11/3/2011 |
| **CASE TITLE** | Premiun Plus Prt vs. Peter J Davis, Jr., et al. | | |

**DOCKET ENTRY TEXT**

Each party is given until December 7, 2011 to file a memorandum regarding an award of interest. Each memorandum should include arguments as to whether simple or compound interest is appropriate and a proposed calculation of interest for both a simple interest award and a compound interest award. The court will enter an interest award by mail.

■[ For further details see text below.]   Docketing to mail notices.

## STATEMENT

On August 5, 2011, the Seventh Circuit affirmed this court's summary judgment ruling. The opinion and the mandate for the Seventh's Circuit's ruling was entered on the docket in this case on October 28, 2011. The Seventh Circuit returned this case to the district court solely with respect to the calculation of interest. The Seventh Circuit indicated in its ruling that "[t]he norm in federal litigation, when prejudgment interest is authorized, is compound interest from the date of the injury." *Premium Plus Partners, L.P. v. Goldman, Sachs & Co.*, 648 F.3d 533, 538 (7th Cir. 2011).

Each party is given until December 7, 2011 to file a memorandum regarding an award of interest. Each memorandum should include arguments as to whether simple or compound interest is appropriate and a proposed calculation of interest for both a simple interest award and a compound interest award. The court will enter an interest award by mail.